# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RANA HAJIZADEH | ) | |
| | ) | |
| v. | ) | NO. 3:10-0817 |
| | ) | JUDGE SHARP |
| VANDERBILT UNIVERSITY, et al., | ) | |
| | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Stay Time for Response to Defendants' Motion for Judgment as a Matter of Law or, Alternatively, Motion for Extension of Time to Respond (Docket No. 191).

The Motion for Extension of Time is GRANTED. Plaintiff shall have until October 31, 2012 to file a response to defendants motion.

The pending Motion to Set for Trial (Docket No. 182) and Plaintiff's Motion for ADR Referral or to Schedule Judicial Settlement Conference (Docket No 183) will be ruled on after the Court issues a ruling on Defendant's Motion for a Judgment as a Matter of Law.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1