UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANA HAJIZADEH ) | |
| ) | |
| v. ) | NO. 3:10-0817 |
| ) | JUDGE SHARP |
| VANDERBILT UNIVERSITY, et al., ) | |
| ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Set Trial Date (Docket No. 210).

The motion is GRANTED. The jury trial in this matter is hereby scheduled for Tuesday, April 1, 2014 at 9:00 a.m. and the final pretrial conference is scheduled for Monday, March 24, 2014, at 2:00 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1